# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAYLEN M. LEWIS**  
**ADC #173560**                                                                                    **PLAINTIFF**

**V.**                                    **NO. 4:23-cv-01142-ERE**

**ETHAN HALE and**  
**ANTHONY ROBERTS**                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, judgment is entered in favor of Defendants Ethan Hale and Anthony Roberts. Plaintiff Jaylen M. Lewis' claims are DISMISSED, with prejudice. The Clerk is directed to close this case.

SO ORDERED 23 August 2024.

_____  
UNITED STATES MAGISTRATE JUDGE